175 A.3d 147

**REID, Rohan**

v.

**STATE of Maryland**

**Pet. Docket No. 322, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

Opinion of the Court of Special Appeals unreported (No. 2379, Sept.Term, 2015).

Petition for writ of certiorari and conditional cross-petition both denied.

175 A.3d 147

**ROBINSON, Deonte**

v.

**STATE of Maryland**

**Pet. Docket No. 327, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

Opinion of the Court of Special Appeals unreported (No. 402, Sept.Term, 2015).

Petition for writ of certiorari denied